UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES WILLIAMS,

    *Petitioner*,

vs.

COUNTY OF CLARK,

    *Respondent*.

Case No. 2:17-cv-01733-RFB-CWH

**ORDER**

    This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's application (ECF No. 1) to proceed *in forma pauperis* and for initial review under Rule 4 of the Rules Governing Section 2254 Cases.

    The Court finds based on the financial materials submitted that petitioner is unable to pay the filing fee within a reasonable time, and the pauper application therefore will be granted.

    Turning to initial review, under Local Rule LSR 3-1, petitioner must file his petition on the Court's required § 2254 petition form. Petitioner instead submitted a completely handwritten petition. Petitioner must use the Court's form.

    Further, under the instructions on page 1 of the required form, petitioner must attach a copy of all state court written decisions addressing his claims. Moreover, the Court additionally will require that petitioner attach copies of his filings presenting his claims to the state district court and state appellate courts so that the Court can assess whether the federal claims herein have been exhausted.

The Court otherwise expresses no opinion at this juncture as to, *inter alia*, whether petitioner was in custody under the challenged judgment of conviction at the time that the petition was filed, whether he has named the proper respondent with respect to any such custody, whether the claims in the petition are exhausted, and whether all of the relief sought is available via a petition for a writ of habeas corpus.

IT THEREFORE IS ORDERED that petitioner's application (ECF No. 1) to proceed *in forma pauperis* is GRANTED and that petitioner shall not be required to pay the filing fee.

IT FURTHER IS ORDERED that the Clerk of Court shall file the petition and that petitioner shall have sixty (60) days from entry of this order within which to file an amended petition on the Court's required form that is both signed and verified. If petitioner fails to timely do so, this action will be dismissed without further advance notice for failure to comply with the local rules and orders of the Court.

IT FURTHER IS ORDERED that petitioner shall attach with the amended petition copies of: (a) all state court written decisions addressing his claims; and (b) all filings presenting his claims to the state district court and state appellate courts.

The Clerk of Court shall send petitioner two copies a noncapital § 2254 petition form, along with one copy each of the instructions for the form and his original petition.

DATED: March 13, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge