UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WILLIAMS, | Case No. 2:17-cv-01733-RFB-CWH |
| *Petitioner*, | **ORDER** |
| vs. | |
| COUNTY OF CLARK, *et al.,* | |
| *Respondents*. | |

Court mail has been returned from the last institutional address given by petitioner with a notation reflecting that he no longer is at the institution.   (See ECF No. 5.)   The online inmate locator for the Clark County Detention Center also reflects that petitioner, as identified by his inmate identification number and name, no longer is in custody at the facility.   Petitioner has not filed an updated notice of change of address.   As petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that this action shall be dismissed without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice. The Clerk of the Court is instructed to close this case.

DATED: March 26, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge